UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **14-1584**

PA Department of Environmental Protection v. Allegheny Energy Inc.

To:  Clerk

1) Motion by Appellants for Extension of Time to File Brief and Appendix Until February 16, 2015

2) Response by Appellees in Opposition to the Motion for Extension of Time to File Brief and Appendix Until February 16, 2015

---

The foregoing motion and response are considered. Appellants' request for extension of time is granted. Appellants' brief and appendix must be filed and served on or before February 16, 2015.

For the Court,

 s/ Marcia M. Waldron
Clerk

Dated: November 17, 2014
CJG/cc:    Lori D. DiBella, Esq.
           Claude S. Platton, Esq.
           Michael J. Myers, Esq.
           Mary E. Raivel, Esq.
           F. William Brownell, Esq.
           Makram B. Jaber, Esq.
           Nash E. Long, III, Esq.
           Katherine J. Barton, Esq.