IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 14-1584

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL PROTECTION;
STATE OF CONNECTICUT; STATE OF MARYLAND;
STATE OF NEW JERSEY; STATE OF NEW YORK;

*Plaintiffs*,

v.

ALLEGHENY ENERGY, INC; ALLEGHENY ENERGY
SERVICE CORPORATION; ALLEGHENY ENERGY SUPPLY
COMPANY, LLC; MONONGAHELA POWER COMPANY;
THE POTOMAC EDISON COMPANY;
WEST PENN POWER COMPANY,

*Defendants*.

State of Connecticut; State of Maryland; State of New York,

*Appellants*.

DISMISSAL AGREEMENT

The undersigned counsel for the parties stipulate that the above-captioned appeal is withdrawn with prejudice, without costs or attorney's fees, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: Hartford, CT
      December ___, 2014

                        GEORGE JEPSEN
                        Attorney General of the State of Connecticut
                        *Attorney for Plaintiff-Appellant the State of Connecticut*

                        By: _____
                        LORI DIBELLA
                        Assistant Attorney General
                        Office of the Attorney General
                        55 Elm Street, P.O. Box 120
                        Hartford, CT 06141-0120
                        (860) 808-5250

Dated: Baltimore, MD
      December ___, 2014

                        DOUGLAS F. GANSLER
                        Attorney General of the State of Maryland
                        *Attorney for Plaintiff-Appellant the State of Maryland*

                        By: _____
                        MARY E. RAIVEL
                        Assistant Attorney General
                        Office of the Attorney General
                        Maryland Department of the Environment
                        1800 Washington Boulevard, Suite 6048
                        Baltimore, MD 21230
                        (410) 537-3035

Case: 14-1584　Document: 003111827337　Page: 3　Date Filed: 12/19/2014

Dated: Hartford, CT
   December ___, 2014

         GEORGE JEPSEN
         Attorney General of the State of Connecticut
         *Attorney for Plaintiff-Appellant the State of Connecticut*

         By: _____
          LORI DIBELLA
          Assistant Attorney General
          Office of the Attorney General
          55 Elm Street, P.O. Box 120
          Hartford, CT 06141-0120
          (860) 808-5250

Dated: Baltimore, MD
   December __, 2014

         DOUGLAS F. GANSLER
         Attorney General of the State of Maryland
         *Attorney for Plaintiff-Appellant the State of Maryland*

         By: _____
          MARY E. RAIVEL
          Assistant Attorney General
          Office of the Attorney General
          Maryland Department of the Environment
          1800 Washington Boulevard, Suite 6048
          Baltimore, MD 21230
          (410) 537-3035

Page 2 of 3

Dated: New York, NY
December 18, 2014

        ERIC T. SCHNEIDERMAN
        Attorney General of the State of New York
        *Attorney for Plaintiff-Appellant the State of New York*

By: _____
        CLAUDE S. PLATTON
        Assistant Solicitor General
        Office of the Attorney General
        120 Broadway, 25th Floor
        New York, NY 10271
        (212) 416-8020

Dated: Charlotte, NC
December ___, 2014

        HUNTON & WILLIAMS LLP
        *Attorneys for Defendants-Appellees*

By: _____
        NASH E. LONG
        Bank of America Plaza, Suite 3500
        101 South Tryon Street
        Charlotte, North Carolina 28280
        (704) 378-4728

Dated: New York, NY
December ___, 2014

>ERIC T. SCHNEIDERMAN
>Attorney General of the State of New York
>*Attorney for Plaintiff-Appellant the State of New York*
>
>By: _____
>CLAUDE S. PLATTON
>Assistant Solicitor General
>Office of the Attorney General
>120 Broadway, 25th Floor
>New York, NY 10271
>(212) 416-8020

Dated: Charlotte, NC
December 17, 2014

>HUNTON & WILLIAMS LLP
>*Attorneys for Defendants-Appellees*
>
>By: /s/ Nash E. Long
>NASH E. LONG
>Bank of America Plaza, Suite 3500
>101 South Tryon Street
>Charlotte, North Carolina 28280
>(704) 378-4728